UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                    No. 24-CR-201-LTS

DESHON HOPKINS,                                      ORDER

        Defendant.

-------------------------------------------------------x

A waiver of indictment and plea hearing in this case is scheduled to proceed on April 3, 2024, at 3:00 p.m., in Courtroom 17C.

The parties are directed to file, and email Chambers at SwainNYSDCorresp@nysd.uscourts.gov, any documents they would like the Court to consider during or in connection with the proceeding, at least 48 hours in advance of the proceeding.

SO ORDERED.

Dated: New York, New York
         March 28, 2024

                                                                   /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                    Chief United States District Judge