## MEMO ENDORSED

***PELUSO & TOUGER, LLP***
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

May 3, 2024

By ECF

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Deshon Hopkins</u>,
    24 CR 201 (LTS)

Your Honor,

As the Court is well aware on February 6, 2024, Mr. Hopkins was released on a $50,000 personal recognizance bond; co-signed by one financially responsible person with travel restricted to SDNY, EDNY/MDPA/DNJ. He was also to surrender all travel documents and make no new applications. Mr. Hopkins has fulfilled all his obligations under the terms of his release at this point. I am writing with the consent of the Government to modify Mr. Hopkins travel restrictions so that he can travel to his daughter's graduation in North Carolina on Thursday, May 9 and return on Saturday, May 11. His daughter is graduating from North Carolina Agricultural and Technical State University in Greensboro, North Carolina. He will be staying with his daughter at 4702 Glencraig Ave., Greensboro, NC 27405. I have been in touch with AUSA Jacob Fiddleman and Pre-Trial Officer Jamie Stroud and neither has any objection to this application.

Thus, most respectfully I ask the Court to grant this application.

Most Respectfully,

David Touger, Esq.

The foregoing request is granted. DE 19 resolved.
SO ORDERED.
5/3/24
/s/ Laura Taylor Swain, Chief USDJ