**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

**MEMO ENDORSED**

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

May 20, 2024

By ECF

Hon. Laura Taylor Swain
United States District Court
500 Pearl Street, Room 750
New York, NY 10007
Parker NYSDChambers@nysd.uscourts.gov

Re: United States v. Deshon Hopkins,
    24 CR 201 (LTS)

Your Honor,

As the Court is well aware on February 6, 2024, Mr. Hopkins was arraigned in Magistrate Court and he was released on a $50,000 personal recognizance bond; Co-signed by one financially responsible person with travel restricted to SDNY, EDNY/MDPA/DNJ. He was also to surrender all travel documents and make no new applications. Mr. Hopkins has fulfilled all his obligations under the terms of his release at this point. I am writing with the consent of the Government to modify Mr. Hopkins travel restrictions so that he can travel on a long ago paid for trip. He would be taking a Carnival Caribbean cruise (Booking #Z1W2K1) for 8 days from June 18th to June 26th. The cruise leaves from Manhattan and returns to Manhattan. As stated, the Government has no objection to this one-time modification of his travel restrictions.

Thus, most respectfully I ask the Court to grant this application and allow Mr. Hopkins to retrieve his passport from pre-trial Services on Monday, June 17, 2024 and return it directly after he returns.

Most Respectfully,

David Touger, Esq.

The foregoing request is granted. DE 23 resolved.
SO ORDERED.
5/20/24
/s/ Laura Taylor Swain, Chief USDJ