## MEMO ENDORSED

***PELUSO & TOUGER, LLP***
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

June 5, 2024

By ECF

Hon. Laura Taylor Swain
United States District Court
500 Pearl Street, Room 750
New York, NY 10007
Parker NYSDChambers@nysd.uscourts.gov

Re: United States v. Deshon Hopkins,
    24 CR 201 (LTS)

Your Honor,

The Court with the consent of the Government has already modified Mr. Hopkins release package to allow him to travel from June 18th to June 26th. The Court allowed Mr. Hopkins to retrieve his passport from pre-trial Services on Monday, June 17th however, due to his work constraints Mr. Hopkins respectfully requests that the Court allow him to retrieve his passport on Monday, June 10th instead and return it directly after he returns.

Thank you for your consideration of this motion.

Most Respectfully,

David Touger, Esq.

The foregoing request is granted. DE 25 resolved.
SO ORDERED.
6/7/2024
/s/ Laura Taylor Swain, Chief USDJ