**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

**MEMO ENDORSED**

July 12, 2024

By ECF

Hon. Laura Taylor Swain
United States District Court
500 Pearl Street, Room 750
New York, NY 10007
Parker NYSDChambers@nysd.uscourts.gov

Re: United States v. Deshon Hopkins,
    24 CR 201 (LTS)

Your Honor,

I write with the consent of the Government to respectfully request a short adjournment of Mr. Hopkins' sentence date, currently scheduled for July 30th. The defense is missing certain necessary documents in order to prepare its Sentence Memo for the Court including the final draft of the PSR. Thus, Mr. Hopkins respectfully requests that the Court adjourn his sentence for a short amount of time to a date that is convenient for the Court.

Thank you for your consideration of this motion.

Most Respectfully,

David Touger, Esq.

The foregoing request is granted. The sentencing hearing is hereby scheduled for **September 6, 2024, at 2:30 p.m.** DE 28 resolved.
SO ORDERED.
7/15/24
/s/ Laura Taylor Swain, Chief USDJ