# United States Pretrial Services
# Southern District of New York
# MEMORANDUM

**To:** Honorable Laura Taylor Swain
Chief United States District Judge

**From:** Cassandra Barba
Bail Investigations Clerk

**Re:** Deshon Hopkins
1:24-cr-00201-1

**Date:** September 26, 2024

The attached memo was prepared by Cassandra Barba (212) 805-4344.

We are respectfully requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[x]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]   Please inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # _____ on _____ at _____.
                           Date              Time

[ ]   I request that a Bail Review Hearing be conducted by:

  [ ]   The presiding Magistrate Judge in courtroom # 5A.

  [ ]   The District Court Judge presiding in Part I.

  [ ]   Judicial Officer at his/her earliest convenience.

[ ]   I direct that the U.S. Attorney's office prepare a bench warrant for my signature, for violations of conditions of release.

Dated: New York, New York
       September __26__ , 2024

SO ORDERED

    /s/ Laura Taylor Swain
Honorable Laura Taylor Swain
Chief United States District Judge