**PELUSO & TOUGER, LLP**
**70 LAFAYETTE STREET**
**NEW YORK, NEW YORK 10013**
**PelusoandTouger.com**

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

October 21, 2024

By ECF

Hon. Laura Taylor Swain
United States District Court
500 Pearl Street, Room 750
New York, NY 10007
Parker_NYSDChambers@nysd.uscourts.gov

## MEMO ENDORSED

Re: <u>United States v. Deshon Hopkins</u>,
    24 CR 201 (LTS)

Your Honor,

I write to ask the Court one last time to allow Mr. Hopkins to travel with his wife on a 4 day cruise to the Bahamas with him leaving New York on November 12th to fly to Miami, Florida with the cruise departing on the 13th and returning on the 17th and Mr. Hopkins returning to New York on the next day. This cruise was booked and paid for months ago at the same time of his prior cruise. The tickets are non-refundable or exchangeable. I understand the Court is hesitant to allow him to travel again but he will lose the money he paid for the cruise. He is sailing on the Norwegian Gem. He has no more trips reserved, this is the last one. The Court has approved Mr. Hopkins to go on prior cruises which occurred without incident. Mr. Hopkins is in full compliance with his terms of release and has never once failed to live up to his obligations to the Court.

Thus, most respectfully I ask the Court to grant this application and allow Mr. Hopkins to travel outside the New York area according to the above schedule one last time before he begins his incarceration sentence of 4 months.

Most Respectfully,

David Touger, Esq.

Because Mr. Hopkins has not shown good cause in the context of an emergency (<u>see</u> docket entry no. 45), the foregoing request is denied. DE 46 is resolved.
SO ORDERED.
10/22/2024
/s/ Laura Taylor Swain, Chief USDJ