# MEMO ENDORSED

## PELUSO & TOUGER, LLP
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013
### PelusoandTouger.com

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

**By ECF**
March 3, 2025
Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: *United States v. Deshon Hopkins*, 24 CR 201 (LTS)

Your Honor,

On September 16, 2024, the Court sentenced Mr. Hopkins to 4 months of incarceration with a report date of January 23, 2025.  Mr. Hopkins has reported and is presently in the custody of the BOP.  I write to respectfully request that the Court Order that Mr. Hopkin's passport which was delivered to the Government upon his arrest be released back to him since he has completed his obligations to the Court.  Mr. Hopkins would respectfully request that counsel be allowed to retrieve his Passport since he is presently in custody.

Thank you very much for your attention to this matter.

Respectfully yours,

David Touger

The foregoing request is granted. DE 48 resolved.
SO ORDERED.
3/3/2025
/s/ Laura Taylor Swain, Chief USDJ