## PELUSO & TOUGER, LLP
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013
### PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

May 27, 2024

By ECF

**MEMO ENDORSED**

Hon. Laura Taylor Swain
United States District Court
500 Pearl Street, Room 750
New York, NY 10007
Parker_NYSDChambers@nysd.uscourts.gov

Re: <u>United States v. Deshon Hopkins</u>,
     24 CR 201 (LTS)

Your Honor,

In September of last year the Court sentenced Mr. Hopkins to 4 months imprisonment and three years of supervised release. Mr. Hopkins has completed his prison sentence without incident and is currently serving his period of supervised release which he has also completed so far with no incident. I write to ask the Court to allow Mr. Hopkins to travel with his wife on a cruise from Miami to the Bahamas with him leaving on Thursday June 5th from Lehigh Valley International Airport to fly to Miami, Florida, with the cruise departing on the 6th and returning on the 9th and Mr. Hopkins returning to Lehigh Valley International Airport that same day. The cruise is through Norwegian Cruise line. The Court has approved Mr. Hopkins to go on prior cruises which occurred without incident. Mr. Hopkins is in full compliance with his terms of release and has never once failed to live up to his obligations to the Court.

Thus, most respectfully I ask the Court to grant this application and allow Mr. Hopkins to travel outside the New York area according to the above schedule.

Most Respectfully,



David Touger, Esq.

---

The foregoing request for modification of the conditions of supervised release is denied. Defendant must comply with all standard, mandatory and special conditions of supervision, including the location monitoring condition. Furthermore, any future plan to request modification of any condition must first be raised with the Probation Office, and the position of the Probation Office must be conveyed in the request for modification. DE 50 is resolved.

SO ORDERED
6/2/2025
/s/ Laura Taylor Swain, Chief USDJ