UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                              No.   24-CR-201-LTS

DESHON HOPKINS,

       Defendant.

-------------------------------------------------------x

## ORDER

For the reasons stated on the record at the hearing held on November 18, 2025, the Court hereby modifies Mr. Hopkins' conditions of supervised release by adding the following condition:

> You will be subject to home detention, monitored by the form of location monitoring selected at the discretion of your Probation Officer, for a period of sixty (60) days. You must abide by all technology requirements. You must remain at your approved residence except for work, religious services, medical appointments, and for other activities approved in advance by the Probation Officer. Home detention with location monitoring will begin as directed by the Probation Officer. You must pay all or part of the costs of participation in the location monitoring program as directed by the Court and the Probation Officer.

All other conditions of supervised release shall remain in effect as previously ordered.

    SO ORDERED.

Dated: New York, New York
       November 19, 2025

                                                             /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                             Chief United States District Judge